Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                              04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Blessings, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 75-3090054 |
| 4. | Debtor's address | **Principal place of business**<br><br>1045 S Highland Avenue<br>Tucson, AZ 85719<br>Number, Street, City, State & ZIP Code<br><br>**Pima**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Blessings, Inc.**
Name

Case number (if known)

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

Debtor  **Blessings, Inc.**  
Name

Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Blessings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |



### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 24, 2020**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**David Mayorquin**
Printed name

Email Address of debtor

Title **President and CEO**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date **September 24, 2020**
MM / DD / YYYY

**John C. Smith**
Printed name

**Smith & Smith PLLC**
Firm name

**6720 East Camino Principal**
**Suite 203**
**Tucson, AZ 85715**
Number, Street, City, State & ZIP Code

Contact phone **(520) 722-1605**   Email address **john@smithandsmithpllc.com**

**023008 AZ**
Bar number and State

# BLESSINGS, INC.
# Balance Sheet

**8/31/2020**

**Current Assets**

| | | |
|---|---|---:|
| | Cash and Cash Equivalents | $ 13,573 |
| | Accounts Receivable | $ 248,916 |
| | Inventories | $ 25,116 |
| | Prepaid Expenses & Other Assets | $ 35,989 |
| | Notes Receivable | |
| | Loan Receivable - ADAB | $ 2,071,382 |
| **Total Current Assets** | | **$ 2,394,976** |
| | | |
| **PP&E Net** | | $ 1,494,538 |
| | | |
| **Total Assets** | | **$ 3,889,514** |

**Current Liabilities**

| | | |
|---|---|---:|
| | Accounts Payable | $ 911,015 |
| | Accrued Expenses | $ 401,262 |
| | Loan Payable, Related Parties | $ 946,224 |
| | Current Portion Notes Payable | $ 225,000 |
| | Deferred Revenue | $ 594,423 |
| **Total Current Liabilities** | | **$ 3,077,924** |
| | | |
| **Long Term Debt, net of current portion** | | $ 3,692,332 |
| | | |
| **Shareholders Equity** | | $ (2,880,742) |
| | | |
| **Total Liabilities and Equity** | | **$ 3,889,514** |

# BLESSINGS, INC.

## Income Statement  <u>8/31/2020</u>

| | | |
|---|---|---:|
| **Revenue** | $ | 545,394 |
| **Cost of Goods Sold** | $ | 456,557 |
| **Cost of Goods Sold - Depreciation** | $ | 32,378 |
| **Gross Profit** | $ | 56,459 |
| | | 10.4% |
| Payroll | $ | 98,011 |
| Advertising & Marketing | $ | 25 |
| Bad Debt | $ | 110 |
| Bank Charges | $ | 1,644 |
| Dues & Subscriptions | $ | 521 |
| Employee Benefits | $ | 53,956 |
| Equipment Rental | $ | 3,761 |
| Fuel | $ | 4,353 |
| Insurance | $ | 15,895 |
| Meals and Entertainment | $ | 3,467 |
| Office Expense | $ | 9,898 |
| Postage | $ | 895 |
| Professional Fees | $ | 303,618 |
| Repairs/Maintenance | $ | 15,943 |
| Quality/Safety | $ | 475 |
| Security | $ | 903 |
| Taxes/Licenses | $ | 22,870 |
| Telephone | $ | 3,210 |
| Travel | $ | 3,637 |
| Utilities | $ | 32,648 |
| Vehicles | $ | 11,282 |
| Other | $ | 4,913 |
| **Total Expense** | $ | 592,035 |
| **Interest Expense** | $ | 209,851 |
| **Other Income** | $ | 62,697 |
| **Net Profit** | $ | (682,729) |