# 2019 S CORPORATION INCOME TAX RETURNS
Prepared for

**BLESSINGS, INC**
PO Box 27544
Tucson, AZ 85726



Keegan Linscott
& Associates, PC

3443 North Campbell Avenue, Suite 115
Tucson, Arizona 85719
(520) 884-0176 · www.keeganlinscott.com

# Form 8879-S — IRS e-file Signature Authorization for Form 1120-S

Form **8879-S**
Department of the Treasury
Internal Revenue Service

▶ ERO must obtain and retain completed Form 8879-S.
▶ Go to www.irs.gov/Form8879S for the latest information.

For calendar year 2019, or tax year beginning _____, 2019, and ending _____, 20 ___

OMB No. 1545-0123

**2019**

Name of corporation: **Blessings, Inc.**
Employer identification number: [redacted]

## Part I — Tax Return Information (Whole dollars only)

| # | Description | Amount |
|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | 1,399,274. |
| 2 | Gross profit (Form 1120-S, line 3) | 278,021. |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) | -400,143. |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | -404,708. |

## Part II — Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **Keegan Linscott & Associates, P.C.** to enter my PIN **85726**
ERO firm name — Don't enter all zeros
as my signature on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ **President**

## Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [redacted]
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS e-*file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS e-*file* Providers for Business Returns.

ERO's signature ▶ [signed] Date ▶ 9/13/20

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.
LHA

Form **8879-S** (2019)

910201 01-14-20

| | |
|---|---|
| Form **7004** (Rev. December 2018) Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** ▶ File a separate application for each return. ▶ Go to www.irs.gov/Form7004 for instructions and the latest information. |

OMB No. 1545-0233

| | |
|---|---|
| **Print or Type** | **Name** Blessings, Inc. |
| | **Number, street, and room or suite no.** (If P.O. box, see instructions.) P.O. Box 27544 |
| | **City, town, state, and ZIP code** (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) Tucson, AZ 85726 |

**Identifying number**
[redacted]

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I  Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for ............................................  **25**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II  All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ........................................................................................................................ ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ........................................................................................................................ ▶ ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ......... ▶ ☐

5a The application is for calendar year  2019 , or tax year beginning _____, and ending _____

b  **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax ........................................................................................ | 6 | 0. |
| 7 | Total payments and credits. See instructions ................................................... | 7 | 0. |
| 8 | Balance due. Subtract line 7 from line 6. See instructions ................................... | 8 | 0. |

LHA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.            Form **7004** (Rev. 12-2018)

| | | | | | |
|---|---|---|---|---|---|
| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 | |
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Go to www.irs.gov/Form1120S for instructions and the latest information. | | **2019** | |

For calendar year 2019 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date 02/24/2003 | Name **Blessings, Inc.** | **D** Employer identification number |
| **B** Business activity code number (see instructions) 311710 | Number, street, and room or suite no. If a P.O. box, see instructions. **P.O. Box 27544** | **E** Date incorporated 12/15/2002 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code **Tucson, AZ 85726** | **F** Total assets (see instructions) $ 5,245,742. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ ▶ 2
**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales  1,399,274.  **b** Return and allowances _____  **c** Bal. Subtract line 1b from line 1a | 1c | 1,399,274. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,121,253. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 278,021. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (attach statement)  Statement 1 | 5 | 142,967. |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 420,988. |

### Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 7 | 34,841. |
| 8 | Salaries and wages (less employment credits) | 8 | 152,901. |
| 9 | Repairs and maintenance | 9 | 7,333. |
| 10 | Bad debts | 10 | 1,445. |
| 11 | Rents | 11 | 1,532. |
| 12 | Taxes and licenses  Statement 2 | 12 | 65,650. |
| 13 | Interest (see instructions) | 13 | 180,290. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 63,770. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | 864. |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 42,895. |
| 19 | Other deductions (attach statement)  Statement 3 | 19 | 269,610. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 821,131. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -400,143. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions)  22a | | |
| b | Tax from Schedule D (Form 1120-S)  22b | | |
| c | Add lines 22a and 22b | 22c | |
| 23a | 2019 estimated tax payments and 2018 overpayment credited to 2019  23a | | |
| b | Tax deposited with Form 7004  23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136)  23c | | |
| d | Reserved for future use  23d | | |
| e | Add lines 23a through 23d | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26: **Credited to 2020 estimated tax** ▶ _____  Refunded ▶ | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer _____ Date _____  ▶ Title **President**

May the IRS discuss this return with the preparer shown below? See instr.  ☒ Yes ☐ No

**Paid Preparer Use Only**
| | | |
|---|---|---|
| Print/Type preparer's name **Carla J. Keegan** | Preparer's signature _____ | Date 9/13/20 |
| Check if self-employed ☐ | PTIN P00596839 | |
| Firm's name ▶ **Keegan Linscott & Associates, P.C.** | | Firm's EIN ▶ |
| Firm's address ▶ **3443 N. Campbell Avenue, Suite 115  Tucson, AZ 85719** | | Phone no. **(520) 884-0176** |

LHA  For Paperwork Reduction Act Notice, see separate instructions.  911701 12-30-19  Form **1120-S** (2019)

09560913 134298 3480.0              2019.04020 Blessings, Inc.                     3480_0_1

Form 1120-S (2019)   Blessings, Inc.                                              Page 2

| Schedule B | Other Information (see instructions) | Yes | No |

1  Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶
2  See the instructions and enter the:
   a Business activity ▶ Processing & Distrib   b Product or service ▶ Seafood
3  At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ..... **No: X**
4  At the end of the tax year, did the corporation:
   a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ..... **No: X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

   b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ..... **No: X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

5a At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ..... **No: X**
   If "Yes," complete lines (i) and (ii) below.
   (i) Total shares of restricted stock ▶
   (ii) Total shares of non-restricted stock ▶
 b At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ..... **No: X**
   If "Yes," complete lines (i) and (ii) below.
   (i) Total shares of stock outstanding at the end of the tax year ▶
   (ii) Total shares of stock outstanding if all instruments were executed ▶
6  Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ..... **No: X**
7  Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐
   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.
8  If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $
9  Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ..... **No: X**
10 Does the corporation satisfy one or more of the following? See instructions ..... **No: X**
   a The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
   b The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.
   c The corporation is a tax shelter and the corporation has business interest expense.
   If "Yes," complete and attach Form 8990.
11 Does the corporation satisfy both of the following conditions? ..... **No: X**
   a The corporation's total receipts (see instructions) for the tax year were less than $250,000.
   b The corporation's total assets at the end of the tax year were less than $250,000.
   If "Yes," the corporation is not required to complete Schedules L and M-1.

911711 12-30-19                                                             Form **1120-S** (2019)

09560913  134298  3480.0          2019.04020 Blessings, Inc.                    3480_0_1

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 21) | 1 | -400,143. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ... 3a | | |
| | b Expenses from other rental activities (attach statement) ... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| |         b Qualified dividends ... 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b Collectibles (28%) gain (loss) ... 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) ... 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797)    Statement 4 | 9 | -4,565. |
| | 10 Other income (loss) (see instructions) ... Type ▶ | 10 | |
| Deductions | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type ▶     (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions) Type ▶ | 12d | |
| Credits | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e Other rental credits (see instructions) Type ▶ | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) Type ▶ | 13g | |
| Foreign Transactions | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Reserved for future use | 14d | |
| | e Foreign branch category | 14e | |
| | f Passive category | 14f | |
| | g General category | 14g | |
| | h Other (attach statement) | 14h | |
| | Deductions allocated and apportioned at shareholder level | | |
| | i Interest expense | 14i | |
| | j Other | 14j | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k Reserved for future use | 14k | |
| | l Foreign branch category | 14l | |
| | m Passive category | 14m | |
| | n General category | 14n | |
| | o Other (attach statement) | 14o | |
| | Other information | | |
| | p Total foreign taxes (check one): ☐ Paid    ☐ Accrued ▶ | 14p | |
| | q Reduction in taxes available for credit (attach statement) | 14q | |
| | r Other foreign tax information (attach statement) | | |

Form 1120S (2019)  Blessings, Inc.  Page 4

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---:|
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | -450. |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses  Statement 10 | 16c | 131,394. |
| | d Distributions (attach statement if required) | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (att. stmt.)  Statement 5 | | |
| **Reconciliation** | 18 Income (loss) reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | -404,708. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 23,824. | | 11,272. |
| 2a | Trade notes and accounts receivable | 322,471. | | 291,798. | |
| b | Less allowance for bad debts | ( ) | 322,471. | ( ) | 291,798. |
| 3 | Inventories | | 143,605. | | 46,270. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.)  Statement 6 | | 3,704,388. | | 3,245,693. |
| 7 | Loans to shareholders | | 108,670. | | 131,772. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 3,232,800. | | 3,225,666. | |
| b | Less accumulated depreciation | (2,373,258.) | 859,542. | (2,486,910.) | 738,756. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 780,181. | | 780,181. |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 5,942,681. | | 5,245,742. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 915,277. | | 750,207. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 225,000. | | 225,000. |
| 18 | Other current liabilities (att. stmt.)  Statement 7 | | 307,768. | | 349,637. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 4,965,056. | | 4,994,912. |
| 21 | Other liabilities (att. stmt.)  Statement 8 | | 15,563. | | 0. |
| 22 | Capital stock | | 10,000. | | 10,000. |
| 23 | Additional paid-in capital | | 858,000. | | 858,000. |
| 24 | Retained earnings  Statement 9 | | -1,353,983. | | -1,942,014. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 5,942,681. | | 5,245,742. |

Form **1120-S** (2019)

911731 12-30-19
09560913 134298 3480.0

Case 4:20-bk-10797-SHG   Doc 1-1   Filed 09/24/20   Entered 09/24/20 14:37:10   Desc
Attachment 1   Page 7 of 10   Inc.                                          3480_0_1

| Form 1120-S (2019) | Blessings, Inc. | | 7▮▮▮▮▮▮▮▮ | Page 5 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -588,031. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | a Tax-exempt interest $ Stmt 12    1,550. | 1,550. |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
|   | a Depreciation $    54,001. | | | a Depreciation $ Stmt 13    522. | 522. |
|   | b Travel and entertainment $    3,335. | | | | |
|   | Stmt 11    128,059. | 185,395. | 7 | Add lines 5 and 6 | 2,072. |
| 4 | Add lines 1 through 3 | -402,636. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -404,708. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -1,542,838. | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( 400,143. ) | | | |
| 5 | Other reductions  Statement 14 | ( 135,959. ) | | | ( ) |
| 6 | Combine lines 1 through 5 | -2,078,940. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -2,078,940. | | | |

Form **1120-S** (2019)

911732
12-30-19

09560913 134298 3480.0

Case 4:20-bk-10797-SHG    Doc 1-1    Filed 09/24/20    Entered 09/24/20 14:37:10    Desc
Attachment 1  Page 8 of 10
2019.04021 Blessings, Inc.    3480_0_1

| Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold** ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. ▶ Go to www.irs.gov/Form1125A for the latest information. | OMB No. 1545-0123 |
|---|---|---|

**Name:** Blessings, Inc.

**Employer Identification number:** [redacted]

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 143,605. |
| 2 | Purchases | 2 | 953,633. |
| 3 | Cost of labor | 3 | 120,158. |
| 4 | Additional section 263A costs (attach schedule)   See Statement 15 | 4 | 522. |
| 5 | Other costs (attach schedule)   See Statement 16 | 5 | -50,395. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,167,523. |
| 7 | Inventory at end of year | 7 | 46,270. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,121,253. |

**9 a** Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☒ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |
**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No
  If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

924441
04-01-19  LHA

09560913 134298 3480.0    2019.04020 Blessings, Inc.    3480_0_1

| Form **1125-E** (Rev. October 2016) Department of the Treasury Internal Revenue Service | **Compensation of Officers** ▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S. ▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e. | | | | OMB No. 1545-0123 |

Name: Blessings, Inc.

Employer Identification number: [REDACTED]

Note: Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 David Mayorquin | [REDACTED] | 100% | 100.00% | | 34,841. |
| Abraham Mayorquin | [REDACTED] | 100% | 100.00% | | |

| 2 | Total compensation of officers | 2 | 34,841. |
|---|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 34,841. |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

924451 04-01-19 LHA

09560913 134298 3480.0 2019.04020 Blessings, Inc. 3480_0_1