Form **4797**
Department of the Treasury
Internal Revenue Service

# Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
▶ Attach to your tax return.
▶ Go to www.irs.gov/Form4797 for instructions and the latest information.

OMB No. 1545-0184

**2019**

Attachment Sequence No. **27**

Name(s) shown on return | Identifying number
---|---
Blessings, Inc. | 

**1** Enter the gross proceeds from sales or exchanges reported to you for 2019 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions ........ **1**

### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (see instructions)

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| **2** 2010 Ford Truck | 043018 | 123119 | 0. | 2,568. | 7,133. | -4,565. |
| | | | | | | |
| | | | | | | |

**3** Gain, if any, from Form 4684, line 39 .................................................. **3**
**4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 .......... **4**
**5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ............ **5**
**6** Gain, if any, from line 32, from other than casualty or theft ....................... **6**
**7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows ... **7** | -4,565.

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years. See instructions ............. **8**
**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions ........ **9**

### Part II — Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**11** Loss, if any, from line 7 ...................................................................... **11** ( )
**12** Gain, if any, from line 7 or amount from line 8, if applicable ........................ **12**
**13** Gain, if any, from line 31 ................................................................... **13**
**14** Net gain or (loss) from Form 4684, lines 31 and 38a ................................ **14**
**15** Ordinary gain from installment sales from Form 6252, line 25 or 36 .............. **15**
**16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 ............... **16**
**17** Combine lines 10 through 16 ........................................................... **17**

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

**a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040 or Form 1040-SR), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions .................. **18a**

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040 or Form 1040-SR), Part I, line 4 ............................................................ **18b**

LHA  For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2019)

918001
12-04-19

## Part III — Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions)

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1 before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
| | a Depreciation allowed or allowable from line 22 | 25a | | | | |
| | b Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| | a Additional depreciation after 1975 | 26a | | | | |
| | b Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
| | c Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| | d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| | e Enter the **smaller** of line 26c or 26d | 26e | | | | |
| | f Section 291 amount (corporations only) | 26f | | | | |
| | g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| | a Soil, water, and land clearing expenses | 27a | | | | |
| | b Line 27a multiplied by applicable percentage | 27b | | | | |
| | c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| | a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | 28a | | | | |
| | b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| | a Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| | b Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

## Part IV — Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Blessings, Inc.
P.O. Box 27544
Tucson, AZ  85726


Employer Identification Number: ███

For the Year Ending December 31, 2019


Blessings, Inc. is making the de minimis safe harbor election under Reg. Sec. 1.263(a)-1(f).

Blessings, Inc.

| Form 1120S | Other Income | Statement 1 |

| Description | Amount |
| --- | --- |
| Rent | 142,967. |
| Total to Form 1120S, Page 1, Line 5 | 142,967. |

Blessings, Inc.

| Form 1120S | Taxes and Licenses | Statement 2 |

| Description | Amount |
|---|---:|
| Licenses & Fees | 2,925. |
| Payroll Taxes | 13,681. |
| Property Taxes | 49,044. |
| Total to Form 1120S, Page 1, Line 12 | 65,650. |

Blessings, Inc.

| Form 1120S | Other Deductions | Statement 3 |

| Description | Amount |
| --- | ---: |
| Bank Charges | 2,324. |
| Dues & Subscriptions | 2,056. |
| Fuel | 11,620. |
| Insurance | 22,647. |
| Meals | 3,335. |
| Miscellaneous | -2,510. |
| Office | 6,225. |
| Postage | 1,581. |
| Professional Fees | 139,974. |
| Security | 3,014. |
| Small tools | 3,744. |
| Travel | 10,067. |
| Utilities | 52,157. |
| Vehicles | 13,376. |
| Total to Form 1120S, Page 1, Line 19 | 269,610. |

Blessings, Inc.

| Schedule K | Net Section 1231 Gain (Loss) | Statement 4 |

| Description | Amount |
|---|---:|
| Section 1231 Gain (Loss) from Trade or Business | -4,565. |
| Total to Schedule K, Line 9 | -4,565. |

Blessings, Inc.

| Schedule K | Other Items, Line 17d | Statement 5 |

| Description | Amount |
|---|---:|
| Section 199A - Ordinary income (loss) | -400,143. |
| Section 199A - W-2 Wages | 307,900. |
| Section 199A - Unadjusted basis of assets | 2,352,213. |

09560913 134298 3480.0                    2019.04020 Blessings, Inc.                    Statement(s) 5
                                                                                         3480_0_1

Blessings, Inc.

| Schedule L | Other Current Assets | | Statement 6 |
|---|---|---|---|
| Description | | Beginning of Tax Year | End of Tax Year |
| Employee Advances | | 4,000. | 0. |
| Note Receivable - Adab Ocean Harvest | | 3,700,388. | 3,242,238. |
| Retainer Asset | | 0. | 3,455. |
| Total to Schedule L, Line 6 | | 3,704,388. | 3,245,693. |

09560913 134298 3480.0          2019.04020 Blessings, Inc.                    Statement(s) 6
                                                                              3480_0_1

Blessings, Inc.

| Schedule L | Other Current Liabilities | | Statement 7 |

| Description | Beginning of Tax Year | End of Tax Year |
|---|---:|---:|
| Accrued Interest | 289,412. | 349,637. |
| Accrued Property Taxes | 18,356. | 0. |
| Total to Schedule L, Line 18 | 307,768. | 349,637. |

Blessings, Inc.

| Schedule L | Other Liabilities | | Statement 8 |

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| Rent Deposit | 15,563. | 0. |
| Total to Schedule L, Line 21 | 15,563. | 0. |

Blessings, Inc.

| Schedule L | Analysis of Total Retained Earnings per Books | Statement | 9 |

| Description | Amount |
| --- | --- |
| Balance at Beginning of Year | -1,353,983. |
| Net Income per Books | -588,031. |
| Distributions | 0. |
| Other Increases (decreases) | |
| Balance at End of Year - Schedule L, line 24, Column (d) | -1,942,014. |

Blessings, Inc.

| Schedule K | Nondeductible Expenses | Statement 10 |

| Description | Amount |
| --- | --- |
| Excluded Meals and Entertainment Expenses | 3,335. |
| Officers life insurance premiums | 243. |
| Penalties | 127,816. |
| Total to Schedule K, Line 16c | 131,394. |

09560913 134298 3480.0                2019.04020 Blessings, Inc.                    Statement(s) 10
                                                                                    3480_0_1

Blessings, Inc.

| Schedule M-1 | Expenses Recorded on Books This Year Not Included on Schedule K | Statement 11 |

| Description | Amount |
| --- | --- |
| Officers Life Insurance Premiums | 243. |
| Penalties | 127,816. |
| Total to Schedule M-1, Line 3 | 128,059. |

09560913 134298 3480.0            2019.04020 Blessings, Inc.                    3480_0_1
                                                                    Statement(s) 11

Blessings, Inc.

| Schedule M-1 | Income Recorded on Books This Year Not Included on Schedule K | Statement 12 |

| Description | Amount |
|---|---:|
| Book Gain/Loss on Sale of Assets in Excess of Tax | 1,550. |
| Total to Schedule M-1, Line 5 | 1,550. |

09560913 134298 3480.0        2019.04020 Blessings, Inc.                  Statement(s) 12
                                                                          3480_0_1

Blessings, Inc.

| Schedule M-1 | Deductions on Schedule K Not Charged Against Book Income This Year | Statement 13 |

| Description | Amount |
|---|---|
| 263A Adjustment | 522. |
| Total to Schedule M-1, Line 6 | 522. |

09560913 134298 3480.0          2019.04020 Blessings, Inc.                    Statement(s) 13
                                                                                       3480_0_1

Blessings, Inc.

Schedule M-2  Accumulated Adjustments Account- Other Reductions    Statement 14

| Description | Amount |
|---|---|
| Net Section 1231 Loss | 4,565. |
| Nondeductible Expenses | 131,394. |
| Total to Schedule M-2, Line 5 - Column (a) | 135,959. |

09560913 134298 3480.0         2019.04020 Blessings, Inc.                          Statement(s) 14
                                                                                          3480_0_1

Blessings, Inc.

| Form 1125-A | Additional Section 263A Costs | Statement 15 |

| Description | Amount |
| --- | --- |
| CGS - Additional Sec 263A costs | 522. |
| Total to Line 4 | 522. |

09560913 134298 3480.0           2019.04020 Blessings, Inc.                Statement(s) 15
                                                                                3480_0_1

Blessings, Inc.

| Form 1125-A | Other Costs | Statement 16 |

| Description | Amount |
|---|---:|
| Overhead | 123. |
| Processing | -50,518. |
| Total to Line 5 | -50,395. |