# Schedule K-1 (Form 1120-S)

Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year beginning _____ ending _____

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -200,072. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9* | Net section 1231 gain (loss) | -2,283. | | | |
| 10 | Other income (loss) | | 15 A | Alternative min tax (AMT) items | -225. |
| 11 | Section 179 deduction | | 16 C* | Items affecting shareholder basis | 65,698. |
| 12 | Other deductions | | | | |
| | | | 17 V* | Other information | Stmt |
| 18 | ☐ More than one activity for at-risk purposes* | | | | |
| 19 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

## Part I — Information About the Corporation

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code
Blessings, Inc.
P.O. Box 27544
Tucson, AZ 85726

**C** IRS Center where corporation filed return
e-file

## Part II — Information About the Shareholder

**D** Shareholder's identifying number
[redacted]

**E** Shareholder's name, address, city, state and ZIP code
David Mayorquin
1045 S. Highland
Tucson, AZ 85719

**F** Shareholder's percentage of stock ownership for tax year ... 50.000000%

For IRS Use Only

911271 11-16-19  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1120-S.  www.irs.gov/Form1120S  Schedule K-1 (Form 1120-S) 2019

09560913 134298 3480.0   2019.04020 Blessings, Inc.   3480_0_1

Case 4:20-bk-10797-SHG   Doc 1-3   Filed 09/24/20   Entered 09/24/20 14:37:10   Desc
Attachment C   Page 1 of 13

1

Blessings, Inc.

Schedule K-1                                   Footnotes

David has Healthcare coverage through Blessings Inc.
of $4,841. This has been included in Officers compensation.

09560913 134298 3480.0    2019.04020 Blessings, Inc.    Shareholder 1
3480_0_1

Blessings, Inc.

| Schedule K-1 | Net Section 1231 Gain (Loss), Box 9 | |
|---|---|---|
| Description | Amount | Shareholder Filing Instructions |
| From Trade or Business | -2,283. | See Shareholders Instructions |
| Total | -2,283. | |

Blessings, Inc.

| Schedule K-1 | Nondeductible Expenses, Box 16, Code C | |
|---|---|---|
| Description | Amount | Shareholder Filing Instructions |
| Excluded Meals and Entertainment Expenses | 1,668. | See Shareholders Instructions |
| Officers Life Insurance Premiums | 122. | See Shareholders Instructions |
| Penalties | 63,908. | See Shareholders Instructions |
| Total | 65,698. | |

Blessings, Inc.

Schedule K-1     Section 199A Additional Information

The Section 199A amounts to be used in the calculation of the Qualified Business Income Deduction on your 1040/1041 return are reported on Line 17, under code V. Please consult your Tax Advisor regarding the calculation of Qualified Business Income Deduction, including the possible aggregations and limitations that may apply and the filing of the 1.199A-4(c)(2)(i) Annual Disclosure Statement.

09560913 134298 3480.0         2019.04020 Blessings, Inc.             Shareholder 1
                                                                              3480_0_1

Blessings, Inc.

Schedule K-1              Section 199A Items, Box 17
                                    Code V

| Description | Amount |
|---|---:|
| **Trade or Business** | |
| Ordinary income(loss) | -200,072. |
| W-2 Wages | 153,950. |
| Unadjusted Basis | 1,176,107. |

671119

# Schedule K-1
## (Form 1120-S)
Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year beginning _____ ending _____

**2019**

☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code
Blessings, Inc.
P.O. Box 27544
Tucson, AZ  85726

**C** IRS Center where corporation filed return
e-file

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
[redacted]

**E** Shareholder's name, address, city, state and ZIP code
Abraham Mayorquin
1045 S. Highland
Tucson, AZ 85719

**F** Shareholder's percentage of stock ownership for tax year ........ 50.000000%

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -200,071. |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9* | Net section 1231 gain (loss) | -2,282. |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative min tax (AMT) items — A | -225. |
| 16 | Items affecting shareholder basis — C* | 65,696. |
| 17 | Other information — V* | Stmt |
| 18 | ☐ More than one activity for at-risk purposes* | |
| 19 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

911271 11-15-19  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1120-S.  www.irs.gov/Form1120S  Schedule K-1 (Form 1120-S) 2019

09560913 134298 3480.0   2019.04020 Blessings, Inc.   3480_0_1

Case 4:20-bk-10797-SHG   Doc 1-3   Filed 09/24/20   Entered 09/24/20 14:37:10   Desc
Attachment C   Page 7 of 13

Blessings, Inc.

Schedule K-1        Net Section 1231 Gain (Loss), Box 9

| Description | Amount | Shareholder Filing Instructions |
|---|---:|---|
| From Trade or Business | -2,282. | See Shareholders Instructions |
| Total | -2,282. | |

09560913 134298 3480.0    2019.04020 Blessings, Inc.    Shareholder 2
3480_0_1

Blessings, Inc.

| Schedule K-1 | Nondeductible Expenses, Box 16, Code C | |
|---|---|---|
| Description | Amount | Shareholder Filing Instructions |
| Excluded Meals and Entertainment Expenses | 1,667. | See Shareholders Instructions |
| Officers Life Insurance Premiums | 121. | See Shareholders Instructions |
| Penalties | 63,908. | See Shareholders Instructions |
| Total | 65,696. | |

09560913 134298 3480.0        2019.04020 Blessings, Inc.        Shareholder 2
                                                                3480_0_1

Blessings, Inc.

| Schedule K-1 | Section 199A Additional Information |

The Section 199A amounts to be used in the calculation of the Qualified Business Income Deduction on your 1040/1041 return are reported on Line 17, under code V. Please consult your Tax Advisor regarding the calculation of Qualified Business Income Deduction, including the possible aggregations and limitations that may apply and the filing of the 1.199A-4(c)(2)(i) Annual Disclosure Statement.

09560913 134298 3480.0         2019.04020 Blessings, Inc.         Shareholder 2
3480_0_1

Blessings, Inc.

Schedule K-1  Section 199A Items, Box 17
Code V

| Description | Amount |
|---|---:|
| **Trade or Business** | |
| Ordinary income(loss) | -200,071. |
| W-2 Wages | 153,950. |
| Unadjusted Basis | 1,176,106. |

09560913 134298 3480.0   2019.04020 Blessings, Inc.   Shareholder 2
3480_0_1

# S Corporation Two-Year Comparison 2019

**Name:** Blessings, Inc.

**Employer Identification Number:** [redacted]

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---:|---:|---:|
| **ORDINARY BUSINESS INCOME (LOSS):** | | | |
| Income: | | | |
| Gross receipts or sales less returns and allowances | 1,519,940. | 1,399,274. | -120,666. |
| Cost of goods sold | 1,634,823. | 1,121,253. | -513,570. |
| Gross profits | -114,883. | 278,021. | 392,904. |
| Other income | 879,355. | 142,967. | -736,388. |
| Total income | 764,472. | 420,988. | -343,484. |
| Deductions: | | | |
| Compensation of officers | 42,774. | 34,841. | -7,933. |
| Salaries and wages less employment credits | 153,467. | 152,901. | -566. |
| Repairs and maintenance | 33,383. | 7,333. | -26,050. |
| Bad debts | 3,991. | 1,445. | -2,546. |
| Rents | 4,414. | 1,532. | -2,882. |
| Taxes and licenses | 51,371. | 65,650. | 14,279. |
| Interest | 299,988. | 180,290. | -119,698. |
| Depreciation | 68,506. | 63,770. | -4,736. |
| Advertising | 524. | 864. | 340. |
| Employee benefit programs | 67,214. | 42,895. | -24,319. |
| Other deductions | 378,428. | 269,610. | -108,818. |
| Total deductions | 1,104,060. | 821,131. | -282,929. |
| Ordinary business income (loss) | -339,588. | -400,143. | -60,555. |
| **S CORPORATION TAXES:** | | | |
| **PAYMENTS AND CREDITS:** | | | |
| **BALANCE DUE OR REFUND:** | | | |
| **SCHEDULE K:** | | | |
| Income: | | | |
| Ordinary business income (loss) | -339,588. | -400,143. | -60,555. |
| Section 1231 gain (loss) | 0. | -4,565. | -4,565. |
| Deductions: | | | |
| Investment Interest: | | | |

912841 04-01-19

09560913 134298 3480.0

Case 4:20-bk-10797-SHG    Doc 1-3    Filed 09/24/20    Entered 09/24/20 14:37:10    Desc
Attachment 2    Page 12 of 13

2019.04020 Blessings, Inc.    3480_0_1

# S Corporation Two-Year Comparison 2019

**Name:** Blessings, Inc.

**Employer Identification Number:** [redacted]

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---:|---:|---:|
| **Credits:** | | | |
| **Foreign Taxes:** | | | |
| **AMT Items:** | | | |
| Post-1986 depreciation adjustment | -12,356. | -450. | 11,906. |
| **Other Schedule K Items:** | | | |
| Nondeductible expenses | 982,364. | 131,394. | -850,970. |
| Income (loss) | -339,588. | -404,708. | -65,120. |
| **SCHEDULE M-1:** | | | |
| Net income (loss) per books | -1,434,608. | -588,031. | 846,577. |
| Depreciation recorded on books not included on Schedule K | 113,490. | 54,001. | -59,489. |
| Travel & entertainment recorded on books not included on Schedule K | 4,524. | 3,335. | -1,189. |
| Other expenses recorded on books not included on Schedule K | 977,840. | 128,059. | -849,781. |
| Total expenses recorded on books not included on Schedule K | 1,095,854. | 185,395. | -910,459. |
| Total of lines 1 through 3 | -338,754. | -402,636. | -63,882. |
| Other income recorded on books not included on Schedule K | 0. | 1,550. | 1,550. |
| Income recorded on books this year not included on Schedule K | 0. | 1,550. | 1,550. |
| Other deductions included on Sch. K not charged against book income | 834. | 522. | -312. |
| Deductions included on Schedule K not charged against book income | 834. | 522. | -312. |
| Total of lines 5 and 6 | 834. | 2,072. | 1,238. |
| Income (loss) | -339,588. | -404,708. | -65,120. |
| **SCHEDULE M-2:** | | | |
| **Accumulated Adjustments Account:** | | | |
| Balance at beginning of tax year | -220,886. | -1,542,838. | -1,321,952. |
| Loss from page 1, line 21 | -339,588. | -400,143. | -60,555. |
| Other reductions | 982,364. | 135,959. | -846,405. |
| Combine lines 1 through 5 | -1,542,838. | -2,078,940. | -536,102. |
| Balance at end of tax year | -1,542,838. | -2,078,940. | -536,102. |

912841
04-01-19

09560913 134298 3480.0

Case 4:20-bk-10797-SHG   Doc 1-3   Filed 09/24/20   Entered 09/24/20 14:37:10   Desc
Attachment C   Page 13 of 13
2019.04020 Blessings, Inc.   3480_0_1